ORIGINAL

DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtors


FILED
AUG 1 0 2010
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In Re:                                  ) Chapter 13
                                        )
JAMES L LOHMANN                         ) Case No. 07-52295 ASW
                                        )
PEARL B LOHMANN                         ) **NOTICE OF UNCLAIMED DIVIDEND**
                                        )
                  Debtors               )
                                        )

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure 3011, the Trustee in the above referenced case hereby turns over to the Court, Check # 2473109 for an unclaimed dividend in the amount of $61.41. The name and address of the claimant entitled to the unclaimed dividend is as follows;

JAMES L LOHMANN
PEARL B LOHMANN
14472 BERCAW LN #B
SAN JOSE, CA 95124

Dated: August 04, 2010

_____
DEVIN DERHAM-BURK, TRUSTEE